IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **GEOGRAPHIC LOCATION INNOVATIONS, LLC,** | § § § | |
| Plaintiff, | § § | Case No: 6:21-cv-00179-ADA |
| vs. | § § | PATENT CASE |
| **BLU DOT DESIGN & MANUFACTURING, INC,** | § § § § | |
| Defendant. | § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Geographic Location Innovations, LLC ("Plaintiff" or "GLI") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Blue Dot Design & Manufacturing, Inc. with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: June 11, 2021.                                Respectfully submitted,

                */s/ Jay Johnson*
                **JAY JOHNSON**
                State Bar No. 24067322
                **D. BRADLEY KIZZIA**
                State Bar No. 11547550
                **KIZZIA JOHNSON, PLLC**
                1910 Pacific Ave., Suite 13000
                Dallas, Texas 75201
                (214) 451-0164
                Fax: (214) 451-0165
                jay@kjpllc.com
                bkizzia@kjpllc.com

                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 11, 2021, a true and correct copy of the above and foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served via electronic mail.

                */s/ Jay Johnson*
                **JAY JOHNSON**